# EXHIBIT A

Planet Depos
We Make It Happen™

# Transcript of George Joseph Madera, M.D.

**Date:** December 7, 2023
**Case:** Madera, M.D. -v- Taos Health Systems, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

and he also became head of the American College of Cardiology. Okay? That's what I was being groomed for.

This that you see here is a travesty of how things should be done, ethically and through committees. It's wrong.

Q. Okay.

A. And I told that to Dr. Moore.

Q. Okay. Do you have any evidence that demonstrates that Holy Cross leadership made the statements in the National Practitioner Data Bank report for any other reason that they -- than they thought that they were true?

MR. AKENHEAD: Form. Foundation.

THE WITNESS: I'm not sure I understand that question. I think that one way to answer it is that the record speaks for itself. When they withdrew it, they knew it was wrong, period.

Q. BY MR. JENSEN: Okay. You'd agree with me, Dr. Madera, that your Complaint in this case alleges that your damages that you claim you have incurred arise out of the filing of the MPDB report at issue, correct?

A. Yes.

Q. In other words, you allege that had Holy Cross never filed the MPDB report, you wouldn't have suffered

16:26:14
16:26:18
16:26:21
16:26:22
16:26:25
16:26:28
16:26:30
16:26:30
16:26:32
16:26:36
16:26:38
16:26:42
16:26:45
16:26:46
16:26:47
16:26:49
16:26:53
16:26:57
16:26:59
16:27:05
16:27:08
16:27:14
16:27:17
16:27:17
16:27:22

any of these damages, correct? 16:27:25
A. I would qualify that a little bit. If Holy Cross had not filed the illegal, unjust, untempered, unthoughtful MPDB report, no, this wouldn't have happened. 16:27:27 16:27:31 16:27:39 16:27:43
Q. You'd agree with me, Dr. Madera, that, generally speaking, the purpose of the MPDB report is one of public concern? 16:27:44 16:27:46 16:27:49
A. Public concern. 16:27:52
Q. Or the public interest. 16:27:54
MR. AKENHEAD: Foundation. 16:27:56
THE WITNESS: That's possibly true. I'm not sure -- 16:27:57 16:28:00
Q. BY MR. JENSEN: Okay. 16:28:00
A. -- what it's for because now it's being used as a vehicle to get rid of people that you don't want. Okay? And there's well documentation for sham peer review. Patients are ostracized after they're peer reviewed in a false manner, like I was. They're thrown into the MPDB, and they're done for, cooked. This MPDB may have had a -- may have had a very thoughtful, insightful way of helping entities, like committees, like credentialing committees, like hospital staffs, to understand doctor movement from one state to another if they had things reported that were fair, true, and 16:28:01 16:28:03 16:28:07 16:28:12 16:28:17 16:28:20 16:28:25 16:28:33 16:28:40 16:28:44 16:28:48