IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEORGE J. MADERA, M.D.,

    Plaintiff,

v.

                                  Case No. 1:22-cv-00285-MLG-SCY

TAOS HEALTH SYSTEMS, INC., d/b/a
HOLY CROSS HOSPITAL,

    Defendant.

## SPECIAL VERDICT

**You are instructed to answer the following questions. You must apply the law in the instructions that the Court gave you to the facts that were proved by the evidence. You must all agree on your answer to each question, and you must all sign the completed form on the signature lines.**

1

We, the jury, present our Answers to Questions submitted by the Court, to which we have all agreed:

## PLAINTIFF'S CLAIM

**QUESTION 1:** Has the Plaintiff proven by a preponderance of the evidence each of the following five elements of his claim for intentional interference with prospective economic relations against the Defendant?

**Answer (circle one):**

Element 1: Existence of Prospective Economic Relationships

(YES)          NO

Element 2: Intent

(YES)          NO

Element 3: Improper Means

(YES)          NO

Element 4: Causation

(YES)          NO

Element 5: Damages

YES          (NO)

If you answered "NO" to any of the elements in Question 1, please sign the Verdict Form and do not answer the remaining questions.

If you answered "YES" to all of the elements in Question 1, please proceed to the next section.

## AFFIRMATIVE DEFENSE

**QUESTION 2:** Has the Defendant proved by a preponderance of the evidence that they did not act with malice?

**Answer (circle one):**         YES         NO

If you answered "Yes" to Question 2, please sign the Verdict Form and do not answer the remaining questions.

If you answered "NO" to Question 2, please proceed to the next section.

## DAMAGES

**QUESTION 3:** What is the total amount of damages caused by the Defendant's intentional interference with the Plaintiff's prospective economic relations?

| | |
|---|---|
| Past lost earnings: | $ _____ |
| Future lost earnings: | $ _____ |
| Reputation: | $ _____ |
| Emotional distress: | $ _____ |
| **Total Damages:** | $ _____ |

## PUNITIVE DAMAGES

**QUESTION 4:** What is the total amount of punitive damages caused by the Defendant's intentional interference with the Plaintiff's prospective economic relations?

    **Answer:**    $ _____

## FAILURE TO MITIGATE DAMAGES

**QUESTION 5:** What is the total amount of damages that the Plaintiff failed to mitigate through ordinary care?

    **Answer:**    $ _____

## AFTER ANSWERING THE FOREGOING QUESTIONS, ALL JURORS MUST SIGN BELOW.



Foreperson