# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GEORGE J. MADERA, M.D.,

    Plaintiff,

v.   Case No. 1:22-cv-00285-MLG-SCY

TAOS HEALTH SYSTEMS, INC., d/b/a
HOLY CROSS HOSPITAL,

    Defendant.

## **FINAL JUDGMENT**

The Court held a jury trial in this case to adjudicate Plaintiff's claim against Defendant for intentional interference with prospective economic relations. Plaintiff was represented by Dan A. Akenhead and Bryan J. Davis. Defendant's corporate representative attended trial and was represented by Steven M. Gutierrez and Austin W. Jensen. Trial began on June 23, 2025. Evidence and argument concluded on June 27, 2025. The Court instructed the jury, which returned a Special Verdict on June 30, 2025. The jury found that Plaintiff proved the following by a preponderance of the evidence: (1) the existence of a prospective economic relations; (2) intent; (3) improper means; and (4) causation. Doc. 151 at 2. The jury concluded that Plaintiff did not meet his burden of proof on the essential element of damages. *Id.*

Accordingly, the Court enters final judgment upon the verdict in favor of Defendant and against Plaintiff. The Court expressly retains jurisdiction over any appropriate post-judgment proceedings, including any determination of proper costs yet to be determined.

                                              UNITED STATES DISTRICT JUDGE
                                              MATTHEW L. GARCIA