# EXHIBIT A

**EXHIBIT A**
**Defendants Costs**

**Transcript Fees (Exhibit A-1):**

| Cost # | Description | Amount Sought |
|---|---|---|
| 1 | Transcript and Video for the deposition of Dr. George Madera taken December 7, 2023 | $6,943.45 |
| 2 | Transcript and Video for the deposition of Dr. Geilan Ismail taken June 20, 2025 | $3,262.15 |
| 3 | Transcript from Dr. George Madera's trial testimony on June 24, 2025 and June 25, 2025 | $3,714.14 |
| | **TOTAL** | **$13,919.74** |

**Subpoenas (Exhibit A-2):**

| Cost # | Description | Amount Sought |
|---|---|---|
| 4 | Service of Subpoena on Clinica Medica General | $150.00 |
| | **TOTAL** | **$150.00** |

**Court Filing Fees (Exhibit A-3):**

| Cost # | Description | Amount Sought |
|---|---|---|
| 5 | June 30, 2022 Pro Hac Vice Filing Fee for Steven Gutierrez | $100.00 |
| | **TOTAL** | **$100.00** |

**Witness Travel for Trial (Exhibit A-4):**

| Cost # | Description | Actual Costs Incurred | Statutory Cap | Amount Sought |
|---|---|---|---|---|
| 6 | William Patten daily food subsistence allowance for trial testimony on June 23, 2025 and June 24, 2025 | $171.84 | $80.00/day | $160.00 |
| 7 | William Patten daily lodging allowance for trial testimony on June 23, 2025 and June 24, 2025 | $1,012.58 | $144.00/day | $288.00 |
| 8 | William Patten flight costs to attend trial | $671.36 | N/A | $671.36 |
| 9 | Dr. Timothy Moore daily lodging allowance for trial testimony on June 25, 2025 and June 26, 2025 | $361.45 | $144.00/day | $288.00 |
| 10 | Kerry Skillin daily witness fee for trial testimony on June 26, 2025 | $450.00/per hour | $40.00/day | $40.00 |
| 11 | Kerry Skillin daily food subsistence allowance for trial testimony on June 26, 2025 | $107.73 | $80.00/day | $80.00 |
| 12 | Kerry Skillin daily lodging allowance for trial testimony on June 26, 2025 | $374.44 | $144.00/day | $144.00 |
| 13 | Kerry Skillin flight costs to attend trial | $2,096.02 | N/A | $2,096.02 |
| 14 | Kerry Skillin transportation costs to attend trial | $62.15 | N/A | $62.15 |
| 15 | Luisa Hamilton daily food subsistence allowance for trial testimony on June 26, 2025 | $123.32 | $80.00/day | $80.00 |
| 16 | Luisa Hamilton daily lodging allowance for trial testimony on June 26, 2025 | $226.63 | $144.00/day | $144.00 |

| Cost # | Description | Actual Costs Incurred | Statutory Cap | Amount Sought |
|--------|-------------|----------------------|---------------|---------------|
| 17 | Luisa Hamilton transportation cost to attend trial | $179.20 | 256 miles at $0.70/mile | $179.20 |
| 18 | Dr. Hargrove-Brown daily food subsistence allowance for trial testimony on June 26, 2025 | $123.41 | $80.00/day | $80.00 |
| 19 | Dr. Hargrove-Brown daily lodging allowance for trial testimony on June 26, 2025 | $172.81 | $144.00/day | $144.00 |
| 20 | Dr. Hargrove-Brown flight cost to attend trial | $793.37 | N/A | $793.37 |
| 21 | Dr. Hargrove-Brown transportation cost to attend trial | $31.23 | N/A | $31.23 |
| 22 | Elise Brennan daily witness fee for trial testimony on June 26, 2025 and June 27, 2025 | $625.00/hour | $40.00/day | $80.00 |
| 23 | Elise Brennan daily food subsistence allowance for trial testimony on June 26, 2025 and June 27, 2025 | $47.31 | $80.00/day | $47.31 |
| 24 | Elise Brennan daily lodging allowance for trial testimony on June 25, 2025 and June 26, 2025 | $1,448.09 | $144.00/day | $288.00 |
| 25 | Elise Brennan flight cost to attend trial | $853.37 | N/A | $853.37 |
| 26 | Elise Brennan transportation cost to attend trial | $158.19 | N/A | $158.19 |
| 27 | Opal Keen daily food subsistence allowance for trial testimony on June 27, 2025 | $178.17 | $80.00/day | $80.00 |
| 28 | Opal Keen daily lodging allowance for trial testimony on June 26, 2025 | $816.35 | $144.00/day | $144.00 |

| Cost # | Description | Actual Costs Incurred | Statutory Cap | Amount Sought |
|--------|-------------|----------------------|---------------|---------------|
| 29 | Opal Keen transportation to attend trial | $834.40 | 1,192 miles at $0.70/mile | $834.40 |
| | **TOTAL** | | | **$7,766.60** |

35414177_v1

# EXHIBIT A-1

# Transcript and Video for the deposition of Dr. George Madera taken December 7, 2023



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 631329 | 12/21/2023 | 517157 |

| Job Date | Case No. | |
|---|---|---|
| 12/7/2023 | 1:22-cv-00285-JB-SCY | |

| Client and Case Name | | |
|---|---|---|
| Holland & Hart LLP (Denver) - Madera, M.D. -v- Taos Health Systems, Inc., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Client:
Austin Jensen, Esquire
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| George Joseph Madera, M.D. | 357.00 | Pages | 3,909.15 |
| Hard Copy Transcript | 357.00 | Pages | 196.35 |
| Attendance | 8.00 | | 480.00 |
| Exhibits | 309.00 | Pages | 169.95 |
| LEF File | 1.00 | Files | 175.00 |
| Processing Fee | 1.00 | | 49.00 |
| Rush Shipping & Handling | 1.00 | | 70.00 |

**TOTAL DUE  >>>**                         **$5,049.45**
AFTER 1/20/2024  PAY                  $5,301.92

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Austin Jensen, Esquire
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

| Invoice No. | : 631329 |
|---|---|
| Invoice Date | : 12/21/2023 |
| **Total Due** | : **$5,049.45** |
| AFTER 1/20/2024  PAY  $5,301.92 | |

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| Job No. | : 517157 |
|---|---|
| BU ID | : *43-SoCal |
| Case No. | : 1:22-cv-00285-JB-SCY |
| Case Name | : Madera, M.D. -v- Taos Health Systems, Inc., et al. |

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 631683 | 12/21/2023 | 517157 |
| **Job Date** | **Case No.** | |
| 12/7/2023 | 1:22-cv-00285-JB-SCY | |
| **Client and Case Name** | | |
| Holland & Hart LLP (Denver) - Madera, M.D. -v- Taos Health Systems, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Austin Jensen, Esquire
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

George Joseph Madera, M.D.  - VIDEO

| | | | |
|---|---|---|---|
| Set-up and 1st hour | 1.00 | | 395.00 |
| Subsequent Hours | 7.00 | Hours | 1,050.00 |
| Synchronization | 8.00 | Hours | 400.00 |
| Video Upload/Archive | 1.00 | | 49.00 |

**TOTAL DUE  >>>**  **$1,894.00**
AFTER 1/20/2024  PAY  $1,988.70

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Austin Jensen, Esquire
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

Invoice No.    : 631683
Invoice Date  : 12/21/2023
**Total Due**    : **$1,894.00**
AFTER 1/20/2024  PAY  $1,988.70

Remit To:  **Planet Depos**
          **P.O. BOX 791571**
          **Baltimore, MD 21279-1571**

Job No.      : 517157
BU ID        : *43-SoCal
Case No.     : 1:22-cv-00285-JB-SCY
Case Name    : Madera, M.D. -v- Taos Health Systems, Inc., et al.

# Transcript and Video for the deposition of Dr. Geilan Ismail taken June 20, 2025

# I N V O I C E

1 of 2



**Planet Depos**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 764090 | 7/16/2025 | 586553 |
| **Job Date** | **Case No.** | |
| 6/20/2025 | 1:22-cv-00285-JB-SCY | |
| **Client and Case Name** | | |
| Holland & Hart LLP (Denver) - Madera, M.D. -v- Taos Health Systems, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Austin Jensen, Esquire
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

---

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Dr. Geilan Ismail | 141.00 | Pages | 1,762.50 |
| Hard Copy Transcript | 141.00 | Pages | 91.65 |
| Attendance | 3.00 | | 150.00 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Processing Fee | 1.00 | | 49.00 |
| Rush Shipping & Handling | 1.00 | | 70.00 |

**TOTAL DUE  >>>**      **$2,298.15**
AFTER 8/15/2025  PAY      $2,413.06

Ordered by      : MADERA -V- TAOS HEALTH (Holland & Hart)
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Austin Jensen, Esquire
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

Invoice No.    : 764090
Invoice Date  : 7/16/2025
**Total Due**    : **$2,298.15**
AFTER 8/15/2025  PAY  $2,413.06

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 586553
BU ID        : *21-OOT
Case No.     : 1:22-cv-00285-JB-SCY
Case Name    : Madera, M.D. -v- Taos Health Systems, Inc., et al.



# INVOICE
2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 764090 | 7/16/2025 | 586553 |

| Job Date | Case No. | |
|---|---|---|
| 6/20/2025 | 1:22-cv-00285-JB-SCY | |

| Client and Case Name |
|---|
| Holland & Hart LLP (Denver) - Madera, M.D. -v- Taos Health Systems, Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Austin Jensen, Esquire
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Austin Jensen, Esquire
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

Invoice No.    : 764090
Invoice Date  : 7/16/2025
**Total Due**     : **$2,298.15**
AFTER 8/15/2025  PAY  $2,413.06

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 586553
BU ID        : *21-OOT
Case No.     : 1:22-cv-00285-JB-SCY
Case Name    : Madera, M.D. -v- Taos Health Systems, Inc., et al.



# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 763890 | 7/16/2025 | 586553 |

| Job Date | Case No. | |
|---|---|---|
| 6/20/2025 | 1:22-cv-00285-JB-SCY | |

| Client and Case Name |
|---|
| Holland & Hart LLP (Denver) - Madera, M.D. -v- Taos Health Systems, Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Austin Jensen, Esquire
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

---

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Dr. Geilan Ismail - VIDEO

| | | | |
|---|---|---|---|
| Set-up and 1st hour | 1.00 | | 435.00 |
| Subsequent Hours | 2.00 | Hours | 330.00 |
| Synchronization | 3.00 | Hours | 150.00 |
| Video Upload/Archive | 1.00 | | 49.00 |

**TOTAL DUE  >>>**  **$964.00**
AFTER 8/15/2025  PAY  $1,012.20

Ordered by    : MADERA -V- TAOS HEALTH (Holland & Hart)
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

---

Austin Jensen, Esquire
Holland & Hart LLP (Denver)
555 17th St
Suite 3200
Denver, CO 80202-3921

Invoice No.    : 763890
Invoice Date  : 7/16/2025
**Total Due**     : **$964.00**
AFTER 8/15/2025  PAY  $1,012.20

Remit To:  **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 586553
BU ID        : *21-OOT
Case No.     : 1:22-cv-00285-JB-SCY
Case Name    : Madera, M.D. -v- Taos Health Systems, Inc., et al.

# Transcript from Dr. George Madera's trial testimony on June 24, 2025 and June 25, 2025

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## District of New Mexico

Invoice No.: 240115

Austin W. Jensen
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
awjensen@hollandhart.com

**MAKE CHECKS PAYABLE TO:**

333 Lomas Boulevard NW
Albuquerque, NM 87102
(520) 248-6886

| __ CRIMINAL    X CIVIL | DATE ORDERED: 06-24-2025 | DATE DELIVERED: 06-24-2025 |
|---|---|---|

**In the matter of:** 1:22-cv-00285-MLG, GEORGE J. MADERA, M.D. v TAOS HEALTH SYSTEMS, INC.

Testimony of Dr. George Madera June 24 and 25, 2025

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | 340 | 8.70 | 2958.00 | 340 | 1.45 | 493.00 | | | | 3451.00 |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 3451.00 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | 263.14 |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 3714.14 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
s/Cheryl L. Cummings

DATE:
06-24-2025

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# EXHIBIT A-2

# Service of Subpoena on Clinica Medica General



# Invoice #279245

July 01, 2023

Invoice Reference #: 89992.0019
Servee: Clinica Medica General
Servee Address: 2108 N St, Ste N, Sacramento, CA 95816
Job Created By: Jennifer Frerker

**Holland & Hart - Denver, CO**
555 17th Street
Suite 3200
Denver, Colorado 80202

**Proof**
1800 N Gaylord St
Denver, CO 80206
Attn: accounting@proofserve.com
720.724.8518

| Item | Price | Qty | Total |
|------|-------|-----|-------|
| **Expedited Serve**<br>Attempts Made: 4<br>Successful: Yes<br>Served: June 29, 2023 | $150.00 | 1 | $150.00 |



| | |
|---|---|
| Total | **$150.00** |
| Paid | **$0.00** |
| Balance | **$150.00** |

For questions or issues, please email AR@proofserve.com.

# EXHIBIT A-3

# June 30, 2022 Pro Hac Vice Filing Fee for Steven Gutierrez

**Summary of Court Filing Fees**

| Date | Amount | Description |
|------|--------|-------------|
| 6/30/2022 | $100.00 | Steven Gutierrez - Filing / Recording / Docket Fees - Pro Hac Vice Filing Fee to file in USDC New Mexico. |

# EXHIBIT A-4

# William Patten's receipts for food, lodging and flight to attend trial

Bill Patten

Dr. George Madera Trail Expense summary

Submitted June 29, 2025

| | | |
|---|---|---|
| 1. Southwest Airlines – roundtrip airfare for Bill Patten<br>Including ticket change fee to delay return flight | $ | 671.36 |
| 2. DoubleTree Hotel – room charges and meals | $ | 1,012.58 |
| 3. Enterprise Rental Car | $ | 491.57 |
| 4. Rental Car Gas | $ | 14.50 |
| 5. Waffle House – meal | $ | 12.25 |
| 6. Cottonwood – Regal Crown Club – meal | $ | 27.57 |
| 7. Federidelfo's – meal | $ | 13.58 |
| 8. Fresquez – meal | $ | 13.43 |

**Total Reimbursement Requested**                     $   2,256.84



## My Account

Trips        Rapid Rewards        Payment        Profile

### Hi, Bill

RR# 402832404

A-List Preferred through 12/31/2025

**Available Credits**                                    **Available Points**

# $0.00                                                          97,902

---

## Past flight details

The receipt information below does not include any add ons during purchase, flight changes, flight
cancellations, or in-flight purchases.

| Jun 22 2025 | **Spokane, WA to Albuquerque, NM** |
|---|---|
| | **Confirmation #4AK4L8** |

### Summary

**PASSENGER**
**William Jr Patten**

| POINTS EARNED | FARE TOTAL |
|---|---|
| **+6,936PTS** | **$671.36** |

### Pricing Details

|  | **TAXES & FEES** ℹ️ | **$0.00** |
|---|---|---|

| ROUTING | DATE | |
|---|---|---|
| **GEG to ABQ** | **6/29/2025** | |
| POINTS EARNED | | FARE |
| **+2,994PTS** | | **$249.47** |

| ROUTING | DATE |
|---|---|
| **ABQ to GEG** | **6/27/2025** |
| POINTS EARNED | |
| **+3,942PTS** | |



| | FARE |
|---|---|
| | $328.54 |
| TAXES & FEES ⓘ | $93.35 |
| TOTAL | $671.36 |
| TOTAL POINTS EARNED | +6,936PTS |

Where's my inflight total? ↗

**Rebook Flight**

🖶 **Print**

**DoubleTree by Hilton Hotel Albuquerque**
201 Marquette Avenue Northwest, Albuquerque 87102
US
5052473344
ALBSM_DT_Hotel@hilton.com

Date Range: 2025-06-22 - 2025-06-27
Tax#/ID# :

## Guest Folio

Confirmation Number - 81089557

**Primary Guest**

| | |
|---|---|
| Guest Name | GUTIERREZ, STEVEN |
| Address | PO BOX 8749 |
| City, State, Zip Code | DENVER CO 80201 |
| Country | US |

**ADDN GUESTS**
Bill Patten

**Hilton Honors**
Member
644223768

**Stay Details**

| | |
|---|---|
| Check In Date | Jun 22, 2025 |
| Check Out Date | Jun 27, 2025 |
| Room | NK1 - 717 |
| Source | OTHER |
| Guests | 1/0 |

**Company Details**

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

**Other Details**

| | |
|---|---|
| Tax Invoice · | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**

| | |
|---|---|
| IATA | |
| Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jun 22, 2025 | Charge | GUEST ROOM | $149.46 |
| Jun 22, 2025 | Tax | RM - STATE TAX | $11.40 |
| Jun 22, 2025 | Tax | RM - CITY TAX | $7.47 |
| Jun 22, 2025 | Tax | RM - HOSPITALITY TAX | $1.49 |
| Jun 22, 2025 | Fee | RM - CITY TOURISM FEE | $2.99 |
| Jun 23, 2025 | Charge | *201 LOUNGE - POS #8754094 | $21.22 |
| Jun 23, 2025 | Charge | GUEST ROOM | $158.86 |
| Jun 23, 2025 | Tax | RM - STATE TAX | $12.12 |
| Jun 23, 2025 | Tax | RM - CITY TAX | $7.94 |
| Jun 23, 2025 | Tax | RM - HOSPITALITY TAX | $1.59 |
| Jun 23, 2025 | Fee | RM - CITY TOURISM FEE | $3.18 |
| Jun 24, 2025 | Charge | *201 LOUNGE - POS #8754110 | $17.99 |
| Jun 24, 2025 | Charge | GUEST ROOM | $158.86 |
| Jun 24, 2025 | Tax | RM - STATE TAX | $12.12 |
| Jun 24, 2025 | Tax | RM - CITY TAX | $7.94 |
| Jun 24, 2025 | Tax | RM - HOSPITALITY TAX | $1.59 |
| Jun 24, 2025 | Fee | RM - CITY TOURISM FEE | $3.18 |
| Jun 25, 2025 | Charge | *201 LOUNGE - POS #8754176 | $23.37 |
| Jun 25, 2025 | Charge | GUEST ROOM | $158.86 |
| Jun 25, 2025 | Tax | RM - STATE TAX | $12.12 |
| Jun 25, 2025 | Tax | RM - CITY TAX | $7.94 |
| Jun 25, 2025 | Tax | RM - HOSPITALITY TAX | $1.59 |
| Jun 25, 2025 | Fee | RM - CITY TOURISM FEE | $3.18 |
| Jun 26, 2025 | Charge | *201 LOUNGE - POS #8754258 | $20.14 |
| Jun 26, 2025 | Charge | GUEST ROOM | $158.86 |
| Jun 26, 2025 | Tax | RM - STATE TAX | $12.12 |
| Jun 26, 2025 | Tax | RM - CITY TAX | $7.94 |
| Jun 26, 2025 | Tax | RM - HOSPITALITY TAX | $1.59 |
| Jun 26, 2025 | Fee | RM - CITY TOURISM FEE | $3.18 |
| Jun 27, 2025 | Charge | *201 LOUNGE - POS #8754306 | $22.29 |

| | | |
|---|---|---|
| Check In Time | 09:16 PM | Reservations doubletree.com or +1-855-610-TREE |
| Check Out Time | 07:45 AM | |

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| Jun 27, 2025 | Payments | VISA-9360 | -$1,012.58 |

| Summary | |
|---------|--------|
| **Type** | **Amount** |
| *201 LOUNGE | $105.01 |
| GUEST ROOM | $784.90 |
| RM - STATE TAX | $59.88 |
| RM - CITY TAX | $39.23 |
| RM - HOSPITALITY TAX | $7.85 |
| RM - CITY TOURISM FEE | $15.71 |
| CREDIT CARD | $1,012.58 |
| **Folio Balance** | **$0.00** |

**WELCOME TO**
**OUR STORE**
****************
ALON DK #51739
1517 Gibson Blvd
Albuquerque NM 87106

< DUPLICATE RECEIPT >

| Description | Qty | Amount |
| --- | --- | --- |
| UNLEAD CR #04 | 5.126G | 14.50 |
| SELF @ 2.829/ G | | |

| | | |
| --- | --- | --- |
| Subtotal | | 14.50 |
| **TOTAL** | | **14.50** |
| CREDIT | $ | 14.50 |

USD$14.50
************9360
Entry: Chip Read
AppName: CHASE VISA
AuthNet: VISA
MODE: Issuer
AID: A000000031010
Auth #: 04641D
Resp Code: 000
Stan: 0075298012
Invoice #: 202272
Shift #: 1
Store # ****************



**ALL SALES FINAL**
**SERVICE ID 4126377**
ST#1739          DR#1 TRAN#9042817
CSH: 0          6/27/25 5:40:00 PM

** REPRINT **

Waffle House
Unit #0952
2250 Yale Blvd S.E.
Albuquerque, NM 87106
(505) 843-9194

109521 WH1                    1
-----------------------------------
CHK 63047              GST 1
    22 Jun'25 3:23 PM
************* REPRINT 1 ************
-----------------------------------
        Dine-In
1 DineIn Check          12.25
Cash                   $20.00

Subtotal               $12.25
Inclusive Tax           $0.87
Payment                $12.25
Change Due              $7.75

---------- Check Closed -----------
    22 Jun'25 3:23 PM

        Order 63047

** REPRINT **

# Cottonwood 
10000 NW Coors Blvd.
Albuquerque, NM. 87114

**SALES RECEIPT**

| Item | Qty | Price |
| --- | --- | --- |
| Tuxedos Chocolate Almonds | 1 | 5.84 |
| Four Cheese Pizza | 1 | 12.59 |
| Small Cole Lemonade | 1 | 7.19 |

Subtotal: 25.62
TAX: 1.95
**TOTAL: 27.57**

Payments:
CREDIT Card  27.57

Trans #: 03450244        06/25/2025 18:27
Cashier: Aily           Register: N04

**Order #: 3485**

# REGAL CROWN CLUB
Card No.: *********6407
Credits earned:   2757
Credits used:
Credit Balance:     4385

Register or choose rewards at MyRegal.com

Give us feedback about your experience.

www.talktoregal.com

Your Survey Access Code
1307-062525-1827-004-03450244
Access code is valid for 7 days

---



# FEDERIDELFO'S
9370 Coors Blvd NW St. B
Albuquerque, NM 87114
505-554-3974

## Check 20006
Terminal #2
Counter: Emp
THU            6/26/25            7:46pm

| 1 #TACO AND ENCHILA | 12.59 |
| --- | --- |
| shred bf taco | |
| cheese ench | |

Sub/Ttl           12.59
Tax                0.99
**Total          13.58**

20.00              20.00

Change             6.42
Thank you for dining with us!
We appreciate your business!!

---

FRESQUEZ
2200 Sunport Blvd SE
Albuquerque, NM 87106

Server: JASPER K
Check #688
Guest Count: 1
Ordered:                6/27/25 6:18 PM

1 Beef Burrito            $12.48
X-Mas

Subtotal                 $12.48
Tax                       $0.95
Total                    $13.43

Cash Tendered            $20.00
Change                    $6.57

Powered by Toast

# Dr. Timothy Moore's receipts for lodging to attend trial

Dr. Tim Moore Expert Witness Request for Reimbursement

Dr. George Madera Trial Expense summary

1. DoubleTree by Hilton Hotel Albuquerque – stay for 06/23/2025          $200.35

2. DoubleTree by Hilton Hotel Albuquerque – stay for 06/24/2025          $161.10


**Total Reimbursement Requested**                                        **$361.45**

Receipt for Hotel Reservation

Receipt Date: 06/24/2025 Itinerary No H11735204
Please print and/or save the information below and use this confirmation when you check in to the hotel

## Summary

| | |
|---|---|
| Itinerary Number: | H11735204 |
| Status: | **Confirmed** |
| Guest Name: | TIM MOORE |
| Rooms: | 1 room for 1 night |
| Check In: | June 23, 2025 (Mon) |
| Check Out: | June 24, 2025 (Tue) |

Check In Time: 4:00 pm - anytime
Check Out Time: 11:00 am

Hotel:





DoubleTree by Hilton Hotel Albuquerque
201 Marquette Ave. NW
Albuquerque, New Mexico 87102
United States

*near Exit 159a on I-40 (~1.2mi)*

| | |
|---|---|
| Cancellation Policy: | Non-Refundable at the time of purchase |

*The following policy was agreed to at 11:22AM CDT on 23-Jun-2025 at the time of booking, from IP address 38.52.53.249.*

| | |
|---|---|
| Support: | **Live Chat**   **Request a Call** |

Reservations@lodging.support
+1-800-497-2175

| | |
|---|---|
| Tax Recovery & Fees: | $65.20 USD |
| **Total:** | **$200.35 USD**   (prepaid) |
| Credit Card: | VI ****-****-****-9577 |

## Room

| | |
|---|---|
| Confirmation: | 2227734680   (Front desk will usually have this number on record) |
| Status: | **Confirmed** |
| Guest Name: | TIM MOORE |
| Occupancy: | 1 adult, 0 children |
| Room Type: | 2 Double Beds  (Room Only) |
| Nightly Rate: | $135.15 USD |
| Tax Recovery & Fees: | $65.20 USD |
| **Room Total:** | **$200.35 USD** |

## Check-in Notes / Hotel Misc. Fees

Extra-person charges may apply and vary depending on property policy.
Government-issued photo identification and a credit card or cash deposit are required at check-in for incidental charges. Special requests are subject to availability upon check-in and may incur additional charges. Special requests cannot be guaranteed.

**Special Check-in Instructions**

24-hour airport shuttle service is available at scheduled times. Fees may apply. Contact the property in advance to get details.

To view or cancel this reservation online, please visit the link below:

secure.reservations.com/Res/

**From:** **DoubleTree by Hilton Confirmed** noreply@h6.hilton.com
**Subject:** Your Jun-24-2025 Confirmation #85831630
**Date:** June 24, 2025 at 1:20 PM
**To:** tjmooremd@gmail.com







# See you soon, TIM MOORE

Your reservation for Jun-24-2025 has been confirmed.

Confirmation #85831630



## DoubleTree by Hilton Albuquerque

 201 Marquette Avenue Northwest
Albuquerque NM 87102-2248 US
**Maps & Directions>>**

 +15052473344

**24** TUE JUN



**1 Night**

**25** WED JUN

Check In:  4:00 PM

Check Out: 11:00 AM

 **Add to Calendar**

## Your Room Information

**Guest Name:**                           TIM MOORE

| | |
|---|---|
| **Guests:** | 1 Adult |
| **Rooms:** | 1 |
| **Room Plan:** | 1 KING BED NONSMOKING |
| **Your Rate Information** | HONORS DISCOUNT |

| | |
|---|---|
| **Rate per night** | |
| 24-Jun-2025 - 25-Jun-2025 | 139.00 USD |
| **Total for Stay per Room Rate** | **139.00 USD** |
| **Taxes** | 19.32 USD |
| **Mandatory Charge** | 2.78 USD |
| **Total price for Stay** | **161.10 USD** |

 **Modify Your Reservation >>**

## Plan Ahead With These Tips:



### Sound sleep for an epic tomorrow

Rest and recharge with Calm on in-room TVs at over 2,400 Hilton hotels in the U.S. and Canada.

**Learn more**

 **Remember, you earn even more Points**
when you use your Hilton Honors American Express Card on



When you use your Hilton Honors American Express Card on eligible Hilton purchases. Terms apply.

learn more

## On the road to free nights

 

Hilton Honors members earn 3 Points for every $1 they spend with Lyft.

learn more



## Sit back and
## relax.
### We've got your rental.

Earn up to 5,000 Points
& save on your car rentals.*

\* Terms and conditions apply.

learn more



### Rate Rules and Cancellation Policy

- There is a credit card required for this reservation.
- If you wish to cancel, please do by 11:59 p.m. on Jun-23-2025, to avoid cancellation penalty equal to the first night's room and tax.
- When you check in, a hold may be placed on your card for the full anticipated amount to be owed to the hotel, including estimated incidentals, through your date of check-out. Any such hold may not be released for 72 hours from the date of check-out or longer at the discretion of your card issuer.
- If the slider is used to select a Points and Money combination, that selection is final once your stay is booked.

---

### Additional Information

 We are a smoke-free hotel

---

### Tax

13.63%  Per Room  Per Night

**Mandatory Charge:** 2.78 USD

**Self Parking: 20.00 USD Per Night**

**Please do not reply to this email, as mail sent to this address cannot be answered.** If you have questions please visit our <u>Customer Support</u> page and select the applicable contact method.

Disclaimer: Room interior varies by hotel and the room booked may differ from room shown in this email.

*Standard Wi-Fi is free for Hilton Honors members. Premium, if available, has a fee (except for Diamond members). Wi-Fi access is not free in meeting spaces or at properties with a resort charge.
** Service of alcoholic beverages is subject to state and local laws. Must be of legal drinking age. Hilton Requests Upon Arrival(TM) items are subject to availability.
† Visit <u>Hilton.com/guarantee</u> to learn more about our Best Price Guarantee.

Using a debit/credit card to check in? A hold may be placed on your card account for the full anticipated amount to be owed to the hotel, including estimated incidentals, through date of check-out. Holds may not be released for 72 hours from date of check-out or longer at the discretion of your card issuer. <u>Click here</u> if you need to modify or cancel your reservation.

Any change to your arrival or departure date or room type is subject to hotel availability and may result in a possible rate change or additional fee. Changes also may not be possible at a later date.

This message and any attachments may contain confidential information. If it has been sent to you in error or if you have questions regarding your reservation, please contact Hilton Reservations and Customer Care <u>by phone</u> or <u>chat with us</u>. You can also visit our <u>Help Center</u> for additional questions.

Hilton  Honors™ membership, including the earning and redemption of Points, is subject to <u>Hilton Honors Terms and Conditions</u>.

This email advertisement was delivered to <u>timooremd@gmail.com</u>. Click here to <u>unsubscribe</u>. Unsubscribing from all marketing emails will prevent you from receiving news, offers and information from us. You can continue to check your account by logging into your profile. <u>contacting by phone</u> or <u>chatting with us</u>. You can also visit our <u>Help Center</u> for additional questions.

© 2025 Hilton | ™ indicates a trademark of Hilton Domestic Operating Company Inc. or its subsidiaries |  <u>Privacy Policy</u>

Hilton Reservations and Customer Care | 7930 Jones Branch Drive | McLean, Virginia 22102, USA

R03_B02_NMK_OTR_V33_MULTIBR_H03_EN

# Kerry Skillin receipts for food, lodging, flight and transportation to attend trial

 Gmail

**Elyzsia Elliott <elyzsia.elliott@crc-s.com>**

---

## Fwd: Your United Airlines booking confirmation – FF4RP9
1 message

---

**Kerry Skillin** <kaskillin@gmail.com>                                    Tue, May 27, 2025 at 9:25 AM
To: Dave Soja <david.soja@crc-s.com>, Elyzsia Elliott <elyzsia.elliott@crc-s.com>
Cc: Kerry Skillin <kerry.skillin@crc-s.com>

MADERA--FLIGHT

---------- Forwarded message ---------
From: **United Airlines** <notifications@united.com>
Date: Tue, May 27, 2025 at 9:17 AM
Subject: Your United Airlines booking confirmation – FF4RP9
To: <kaskillin@gmail.com>

 United Airlines

# Thanks Kerry for choosing United!

## Confirmation number: FF4RP9

You'll receive a second email with your receipt once we're done processing your reservation. If you don't receive your receipt with 24 hours, contact us .

Manage my trip

## Purchase summary

| | |
|---|---|
| Fare | $792.15 |
| Premium add-ons | $328.00 |
| Taxes and Fees | $109.41 |

**Total**                                                    $1,229.56

Credit card payment: $1,229.56 (Mastercard **1741)

# Flight to Albuquerque

**Jun 25, 2025**                                              1 Connection

## 8:00 AM                                                    10:20 AM

**BDL**                          4h 20m                              **DEN**

Hartford, CT, US                                        Denver, CO, US

**FLIGHT INFO**

Duration: 4h 20m
UA 364
Boeing 737-800
United Economy
Meals for purchase

CONNECTION:

## 11:15 AM                                                   12:38 PM

**DEN**                          1h 23m                              **ABQ**

Denver, CO, US                                    Albuquerque, NM, US

**FLIGHT INFO**

Duration: 1h 23m
UA 704
Airbus A320
United Economy
Meals are not offered for this flight

# Flight to Hartford

United Airlines
AirfareKerry S. ...1741$53.74

Jun28



United Airlines
AirfareKerry S. ...1741$96.74
**UNITED.COM, TX 77002 USA**
**Merchant Website**
**Purchased:**
**Thu, Jun 26, 2025**
**Posted:**
**Sat, Jun 28, 2025**
**Purchased By:**
**KERRY A SKILLIN**

Appears on statement as: UNITED 01643084777644 UNITED.COM TX 77002 USA

Report a problem

Jun28



United Airlines
AirfareKerry S. ...1741$715.98
Total:$966.02

**DoubleTree by Hilton Hotel Albuquerque**
**201 Marquette Avenue Northwest, Albuquerque 87102 US**
**5052473344**
**ALBSM_DT_Hotel@hilton.com**

Date Range: 2025-06-25 - 2025-06-27
Tax#/ID# :

# Guest Folio

Confirmation Number - 91831665

| **Primary Guest** | | **ADDN GUESTS** | **Hilton Honors** |
|---|---|---|---|
| Guest Name | SKILLIN, KERRY | | Member |
| Address | 117 NOTTINGHAM DR. | | 194196691 |
| City, State, Zip Code | EAST LONGMEADOW MA 01028 | | |
| Country | US | | |

| **Stay Details** | | **Company Details** | | **Other Details** | |
|---|---|---|---|---|---|
| Check In Date | Jun 25, 2025 | Name | | Tax Invoice | |
| Check Out Date | Jun 27, 2025 | Tax#/ID# | | Tax/Fee | NO |
| Room | NQ1 - 404 | PO Number | | Exemption | |
| Source | OTHER | Account Name | | Tax/Fee | |
| Guests | 1/0 | | | Exempt Date | |
| | | | | **Travel Agent** | |
| | | | | IATA | |
| | | | | Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jun 25, 2025 | Charge | PANTRY | $10.22 |
| Jun 25, 2025 | Tax | MISC - SALES TAX | $0.78 |
| Jun 25, 2025 | Charge | *201 LOUNGE - POS #8762299 | $23.00 |
| Jun 25, 2025 | Charge | PANTRY | $11.15 |
| Jun 25, 2025 | Tax | MISC - SALES TAX | $0.85 |
| Jun 25, 2025 | Charge | GUEST ROOM | $149.46 |
| Jun 25, 2025 | Tax | RM - STATE TAX | $11.40 |
| Jun 25, 2025 | Tax | RM - CITY TAX | $7.47 |
| Jun 25, 2025 | Tax | RM - HOSPITALITY TAX | $1.49 |
| Jun 25, 2025 | Fee | RM - CITY TOURISM FEE | $2.99 |
| Jun 26, 2025 | Charge | *ONYX CAFE - POS #8743643 | $9.00 |
| Jun 26, 2025 | Charge | GUEST ROOM | $172.96 |
| Jun 26, 2025 | Tax | RM - STATE TAX | $13.20 |
| Jun 26, 2025 | Tax | RM - CITY TAX | $8.65 |
| Jun 26, 2025 | Tax | RM - HOSPITALITY TAX | $1.73 |
| Jun 26, 2025 | Fee | RM - CITY TOURISM FEE | $3.46 |
| Jun 27, 2025 | Payments | MASTER-1741 | -$427.81 |

| Summary | |
|---|---|
| **Type** | **Amount** |
| *201 LOUNGE | $23.00 |
| *ONYX CAFE | $9.00 |
| GUEST ROOM | $322.42 |
| PANTRY | $21.37 |
| MISC - SALES TAX | $1.63 |
| RM - STATE TAX | $24.60 |
| RM - CITY TAX | $16.12 |
| RM - HOSPITALITY TAX | $3.22 |
| RM - CITY TOURISM FEE | $6.45 |
| CREDIT CARD | $427.81 |

| Check In Time | 01:02 PM | Reservations doubletree.com or +1-855-610-TREE |
|---|---|---|
| Check Out Time | 07:03 AM | |

Page1 / 2

## Posted Transactions Since Your Last Statement

Print
Date
Description
Category
Card
Amount
Details

Jun28



THEPARKINGSPOT-402RC

Gas/AutomotiveKerry S. ...1741$45.20

Jun28



TST* PILOT LOCATION -

DiningKerry S. ...1741$21.10

Jun28



DoorDash

DiningKerry S. ...1741$33.26

Jun28





**JUNE 25, 2025 AT 12:43 PM**

# Thanks for riding with Michael!

100% of tips go to drivers. <u>Add a tip</u>

| | |
|---|---|
| Extra Comfort fare (5.00mi, 9m 46s) | $17.83 |
| Tip | $3.57 |
|  Promotion | -$4.45 |

C Visa *2262                                    **$16.95**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on June 25, 2025. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.

# Luisa Hamilton's receipts for food and lodging to attend trial

# SPRINGHILL SUITES
BY MARRIOTT

**SPRINGHILL SUITES BY MARRIOTT® / ALBUQUERQUE NORTH**
5910 Holly Ave. NE, Albuquerque, NM 87113 P 505.856.5910
**springhillsuites.com**

| | |
|---|---|
| Luisa Hamilton | Room: 202 |
| Get | Room Type: QQST |
| Toas NM 87557 | Number of Guests: 1 |
| Travel | Rate: $196.00   Clerk: KMW |
| Arrive: 26Jun25   Time: 04:11PM | Depart: 27Jun25   Time: 07:18AM   Folio Number: 66104 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 26Jun25 | Room Charge | 196.00 | |
| 26Jun25 | State Tax | 14.95 | |
| 26Jun25 | Occupancy Tax | 11.76 | |
| 26Jun25 | City Fee | 3.92 | |
| 27Jun25 | Master Card | | 226.63 |

Card #: MCXXXXXXXXXXX0473/XXXX
Card Type: MASTERCARD Card Entry: CHIP Approval Code: 09167B
App Label: Mastercard AfD: A0000000041010

| | | |
|---|---|---|
| | **BALANCE:** | **0.00** |

**Marriott Bonvoy Account # XXXXX6833.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

From our team, we thank you for staying with us. For comments or further assistance, please call us at (505)856-5910. For group rooms, local corporate rate inquiries, meetings and events, please contact our Director of Sales at Leslie@tmsnm.com or our Regional Director of Sales, joesolie@tmsnm.com. Once again, thank you and we look forward to welcoming you again on your next visit to Albuquerque.

See our "Privacy & Cookie Statement" on Marriott.com.

Gas: 6-25 15.97
6-26 21.00
6-27 21.50

Total gas & lodging =
$ 285.

Operated under license from Marriott International, Inc. or one of its affiliates.



# RANGE café ®

**EST. 1992**

Range Cafe - Bernalillo
925 Camino Del Pueblo
Bernalillo, NM 87004

Server: Heavyn V
Check #149                           Table 93
Guest Count: 1
Ordered:                        6/26/25 1:32 PM

1 ICED TEA                            $3.99
1 BYO BURGER                         $12.99
NO SIDE
SUB IMPOSSIBLE                        $1.99

Subtotal                             $18.97
Tax                                   $1.32
Tip                                   $4.06
Total                                $24.35

Input Type                 C (EMV Chip Read)
Mastercard Debit                 xxxxxxxx9614
Time                               1:50 PM

Transaction Type                       Sale
Authorization                      Approved
Approval Code                        901234
Payment ID                    CMnJgg7jnFKq
Application ID            A0000000041010
Application Label          Mastercard Debit
Terminal ID               0afeb602a40593f8
Card Reader                          BBPOS

          LUISA HAMILTON

          Powered by Toast



# the grove
### cafe & market

600 Central Ave. SE Suite A
ALBUQUERQUE, NM 87102

Server: CASHIER C
Check #107                              42
Ordered:              6/25/25 10:33 AM

Farmers Salad                      $16.95
-
16oz House Brew Iced Tea            $4.50
4 CRUFFIN                          $26.00

Subtotal                           $47.45
Tax                                 $3.68
Tip                                 $7.67
**Total**                          **$58.80**

Input Type            C (EMV Chip Read)
Mastercard Debit           xxxxxxxx9614
Time                           10:33 AM

Transaction Type                     Sale
Authorization                    Approved
Approval Code                      896291
Payment ID               KjHmPXcnmFW9
Application ID          A0000000041010
Application Label         Mastercard Debit
Terminal ID            1b3d9d39af319c9c
Card Reader                        BBPOS

        LUISA HAMILTON

      We love serving you!
    Thank you for your business.

# the grove
## cafe & market

600 Central Ave. SE Suite A
ALBUQUERQUE, NM 87102

Server: CASHIER C
Check #13                                    T
Ordered:                        6/27/25 8:23 AM

*S.S. Empower Mint*                          $14.00

Subtotal                                     $14.00
Tax                                           $1.08
**Total**                                    **$15.08**

Input Type              C (EMV Chip Read)
Mastercard Debit        xxxxxxxx9614
Time                              8:23 AM

Transaction Type                       Sale
Authorization                      Approved
Approval Code                        903579
Payment ID                     yxqykzKwPjYF
Application ID         A0000000041010
Application Label      Mastercard Debit
Terminal ID            1b3d9d39af319c9c
Card Reader                          BBPOS

LUISA HAMILTON

We love serving you!
Thank you for your business.

# the grove
## cafe & market

600 Central Ave. SE Suite A
ALBUQUERQUE, NM 87102

Server: CASHIER C
Check #8                                    6
Ordered:                    6/27/25 8:03 AM

Grove Pancakes                        $13.75
12oz Cafe Au Lait                      $6.50
Oat

Subtotal                              $20.25
Tax                                    $1.57
Tip                                    $3.27
**Total**                            **$25.09**

Input Type            C (EMV Chip Read)
Mastercard Debit             xxxxxxxx9614

Transaction Type                        Sale
Authorization                       Approved
Approval Code                         903522
Payment ID                     ktCfXNpTptcT
Application ID          A0000000041010
Application Label      Mastercard Debit
Terminal ID            3950ae1081238249
Card Reader                           BBPOS

LUISA HAMILTON

We love serving you!
Thank you for your business.

# Dr. Hargrove-Brown's receipts for food, lodging, flight and transportation to attend trial

 English ▾

Search AA.co 🔍



**Plan travel**     **Travel information**     **AAdvantage®**     og in

# Review and pay

## Your trip

**ONT – ABQ**                                    **ABQ – ONT**

---

Wednesday, June 25, 2025

12:55 PM                      1h 17m                      2:12 PM
**ONT** ──────────────✈──────────────── **PHX**
Ontario, CA                                      Phoenix, AZ

 **AA 3203 · Main Cabin**                              ⌄

---

Wednesday, June 25, 2025

4:05 PM                       1h 13m                      6:18 PM
**PHX** ──────────────✈──────────────── **ABQ**
Phoenix, AZ                                      Albuquerque, NM

**AA 3239 · Main Cabin**                              ⌄

---

# Cost summary                                      ⊙

**Main Select** x 1                                      $621.74

| | |
|---|---|
| **Taxes** | $96.63 |
| **Seats** x 4 | $0.00 |

| | |
|---|---|
| **Total amount due**<br>(All passengers) | **$718.37** |

Starting at $65/mo with *affirm*. Learn more

Reservation and tickets FAQs ⧉



NEW CARDMEMBER OFFER

Earn up to a

## $200 + 40,000

statement credit · bonus miles

| | |
|---|---|
| Pay today: | $718.37 |
| Card statement credit: | -$200.00 |
| Total after statement credit: | $518.37 |

Plus, get your first checked bag free on domestic American Airlines itineraries. Terms apply.

**Learn more** ⧉

## How would you like to pay?

> ✈ **Add Trip Credit / Flight Credit** ❯

> 🎁 **Add a gift card / flight discount** ❯

 **Earn additional miles and Loyalty Points on this purchase when you use an AAdvantage® credit card.**
Review your Aviator® Reward Rules or Citi®/ AAdvantage® Directory of Services for details.



○ 🔲 Credit / debit card                                                                                                    ❯

○ affirm Pay over time with Affirm - Starting at $65/mo with affirm. Learn more

○ 🅿 PayPal

○ 🕐 Hold for 24 hours - Need more time to decide? Put your flight on hold, free of charge. 24-hour hold policy ⧉

---

# Fare rules

- You have 24 hours from the time you first buy your ticket to make changes or cancel for a refund if you booked at least 2 days before departure. Refund policy ⧉
- We may give the government your information to comply with federal security regulations.
- Optional service fees include bags, seats and upgrades. Optional service fees ⧉

Detailed fare rules ⧉

American Airlines is a U.S. merchant. Your bank may apply conversion or foreign transaction fees.

## Help

Contact American

Receipts and refunds

FAQs

Agency reference 

American Airlines Cargo

Bag and optional fees

Tarmac delay contingency plan

Customer service plan

Conditions of carriage

## About American

About us

We're hiring! Join our team

Investor relations

Newsroom

Legal, privacy, copyright

Environmental, social and governance

Modern Slavery Report

Browser compatibility

Web accessibility

## Extras

Business programs

Gift cards

Trip insurance



Earn 50,000 bonus miles.
Terms apply.



Buy or gift miles for new adventures



  

Link opens in new window. Site may not meet accessibility guidelines. AA.com®

Charge will appear on your credit card statement as "UBER"

If you have questions regarding this transaction, please contact the merchant.

**Business information**

| | |
|---|---|
| **Business:** | Uber Technologies, I... |
| **Contact E-Mail:** | paypal-us@uber.com |
| **Contact Phone Number:** | +1 866-576-1039 |

Your monthly account statement is available anytime; just sign in to your account. To correct any errors, please visit our Help Center.



---

Help & Contact  |  Security  |  Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

PayPal Customer Service can be reached at 888-221-1161.

Not sure why you received this email? Learn more

Copyright © 1999-2025 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000004:en_US(en-US):1.1.2:63ecf01b47904

7:54

# Citi®/AAdvantage® Pl...3870

## AMERICAN001446 4260169 800-433-7300 TX   $ 35.00

| | |
|---|---|
| Purchased On | Jun 25, 2025 |
| Posted On | Jun 25, 2025 |
| Cardmember Name | Yvette Brown |
| Spend Category | Air Travel - American Airlines |

**Dispute charge**



AMERICAN AIRLINES

BROWN/YVETTE
  **NOT VALID FOR**
  **TRANSPORTATION**

ABQPHX-AA PHXONT-AA
01  UPTO50LB 23KG AND62LI 158LCM

USD    **40.00**
            NA
            NA
            NA
USD    40.00

Printed in USA by Magnetic Ticket & Label Corp., Dallas, TX

PASSENGER RECEIPT 1
26 JUN 25  32101101
ABQ L1H    / ALBUQUERQUE

PSGR TICKET  0012249551275

                        SUYBIW/

40.00   0GO  1-1

FP BAXXXXXXXXXXXX5845 00020G

0 001 0272770884 5

2  AMERICAN AIRLINES
   REFUNDABLE ONLY WITH
US RELATED FLIGHT CPN
   RETAIN THIS RECEIPT
6  THROUGHOUT YOUR
   JOURNEY

FOR CONDITIONS OF
CONTRACT – SEE
PASSENGER TICKET AND
BAGGAGE CHECK

NOT VALID FOR TRAVEL

**DoubleTree by Hilton Hotel Albuquerque**
201 Marquette Avenue Northwest, Albuquerque 87102
US
5052473344
ALBSM_DT_Hotel@hilton.com

Date Range: 2025-06-25 - 2025-06-26
Tax#/ID# :

# Guest Folio

Confirmation Number - 53726050

**Primary Guest**

| | |
|---|---|
| Guest Name | Brown, Yvette |
| Address | 555 17th St UNIT 3200 |
| City, State, Zip Code | Denver CO 80202 |
| Country | US |

**Stay Details**

| | |
|---|---|
| Check In Date | Jun 25, 2025 |
| Check Out Date | Jun 26, 2025 |
| Room | NQ1 - 705 |
| Source | OTHER |
| Guests | 1/0 |

**Company Details**

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

**Other Details**

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |
| **Travel Agent** | |
| IATA | |
| Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jun 25, 2025 | Charge | *201 LOUNGE - POS #8754223 | $38.14 |
| Jun 25, 2025 | Charge | GUEST ROOM | $149.46 |
| Jun 25, 2025 | Tax | RM - STATE TAX | $11.40 |
| Jun 25, 2025 | Tax | RM - CITY TAX | $7.47 |
| Jun 25, 2025 | Tax | RM - HOSPITALITY TAX | $1.49 |
| Jun 25, 2025 | Fee | RM - CITY TOURISM FEE | $2.99 |
| Jun 26, 2025 | Charge | *201 LOUNGE - POS #8754271 | $12.92 |
| Jun 26, 2025 | Payments | VISA-5845 | -$223.87 |

| Summary | |
|---|---|
| Type | Amount |
| *201 LOUNGE | $51.06 |
| GUEST ROOM | $149.46 |
| RM - STATE TAX | $11.40 |
| RM - CITY TAX | $7.47 |
| RM - HOSPITALITY TAX | $1.49 |
| RM - CITY TOURISM FEE | $2.99 |
| CREDIT CARD | $223.87 |
| **Folio Balance** | **$0.00** |

*Dr. Madera Case*
*Room & incidentials*
*$223.87*

| | | |
|---|---|---|
| Check In Time | 06:56 PM | Reservations doubletree.com or +1-855-610-TREE |
| Check Out Time | 11:34 AM | |



**DOUBLETREE**
BY HILTON

Doubletree Albuquerque
201 Lounge
201 Marquette Ave. NW.
Albuquerque, NM 87102

06/26/2025 10:22

Check: 8754271      Table: 503
Server: Emily        Guests: 1

Regular Check

| 1 Hashbrowns | 5.00 |
| 1 Breakfast Meat | 4.00 |
| 1 Coffee | 3.00 |
| Subtotal | 12.00 |
| Tax | 0.92 |
| TOTAL | 12.92 |

Room: _____

Tip: _____

Total: _____

Printed Name: _____

Signature: _____

$ 1292

Dr. Madera Case

Subway#4B196-O Phone 000-000-0000
Terminal 4, #2351 2900 E. Airport Drive
Ontario, California, 91761
Served by: 0712 6/25/2025 12:16:10 pm
Term ID-Trans# 1/A-224653

| Qty Size Item | Price |
| --- | --- |
| 1   MOIDMeatballMarinaraSub | 9.99 |
| 12" -Meatball Marinara Sub | |
|     -Small Fountain 20oz | |
|     -Chips | |

| Sub Total | 9.99 |
| Sales Tax (8.75%) | 0.87 |
| Total (Eat In) | 10.86 |
| Credit Card | 10.86 |
| Change | 0.00 |

Approval No: 04272G
Reference No: 5QSU001750879083105
Card Issuer: Visa
Account No: ************5845
Acquired: TCC
Amount: $10.86
Application: CAPITAL ONE VISA
AID: A0000000031010
MID: 479338001139227
TID: 75175030
Date/Time: 06/25/2025 12:18:03
APPROVED

.CUSTOMER COPY

Host Order ID: NZHDHZ1283PS85R9

$10.86



**DoubleTree by Hilton Hotel Albuquerque**
Albuquerque 87102 US
5052473344
ALBSM_DT_Hotel@hilton.com

Date Range: Jun 26, 2025 – Jun 26, 2025
Tax#/ID# :

# House Account Folio

**House Account Details**

| | |
|---|---|
| Name | ***PANTRY*** |
| Account Number | 724 |
| Address | |
| City, State, Zip Code | |
| Country | |

**Additional Details**

| | |
|---|---|
| Start Date | 2025-06-26 |
| End Date | 2025-06-26 |
| Type | PERMANENT |
| Status | OPEN |
| Bill Number | |
| Tax/Fee Exemption | No |

**Company Details**

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jun 26, 2025 | Charge | PANTRY | $14.87 |
| Jun 26, 2025 | Tax | MISC - SALES TAX | $1.13 |
| Jun 26, 2025 | Payments | VISA-5845 | -$16.00 |

**Summary**

| Type | Amount |
|---|---|
| PANTRY | $14.87 |
| MISC - SALES TAX | $1.13 |
| CREDIT CARD | $16.00 |
| **Folio Balance** | **$0.00** |

*Dr. Madera Case*

# cheese & coffee

Cheese and Coffee
2200 Sunport Blvd SE
Albuquerque, NM 87106

Server: Genesis M
Check #651                          Yvette
Guest Count: 1
Ordered:                    6/26/25 5:07 PM

1 Pasta Salad                          $10.00
1 Cup GC Soup                          $10.00

Subtotal                               $20.00
Tax                                     $1.52
Total                                  $21.52 ✓

Input Type               C (EMV Chip Read)
VISA CREDIT                     xxxxxxxx5845
Time                                 5:07 PM

Transaction Type                        Sale
Authorization                       Approved
Approval Code                         01531G
Payment ID                       trcXr77FJrNs
Application ID             A0000000031010
Application Label               VISA CREDIT
Terminal ID                  ea6e17a804fe0b3d
Card Reader                            BBPOS

Powered by Toast

Dr. Madera Case

$21.52

---

# 866

Wildflower - Sky Harbor Air
3400 E. Sky Harbor Boulevard
Phoenix, AZ 85034
(602)275-2300
wildflowerbread.com

- - - - - - - - - - - - - - - - - - - -
## To Go
- - - - - - - - - - - - - - - - - - - -

Server: Reg 1
Check #866
Ordered:                    6/26/25 7:17 PM

Asian Chicken (GnG)                    $14.49
Side Roasted Corn Salad                 $3.99
WF Water (Air bottled)                  $3.59

Subtotal                               $22.07
Tax                                     $1.90
Total                                  $23.97 ✓

Input Type               C (EMV Chip Read)
VISA CREDIT                     xxxxxxxx5845
Time                                 7:18 PM

Transaction Type                        Sale
Authorization                       Approved
Approval Code                         04620G
Payment ID                      pyrwPcfwMWdx
Application ID             A0000000031010
Application Label               VISA CREDIT
Terminal ID
Card Reader                            BBPOS

VISA CARDHOLDER

Dr. Madera Case

$23.97

 Gmail

**Dr. Hargrove Brown <hargroveb@allmedia.org>**

---

## Fwd: Your payment to Uber Technologies, I... has been processed

**Yvette Brown** <dryrh2@gmail.com>  Thu, Jun 26, 2025 at 4:57 PM
To: "Dr.Hargrove Brown" <hargroveb@allmedia.org>

Trip for DrMadera case.
Sent from my iPhone

Begin forwarded message:

**From:** service@paypal.com
**Date:** June 26, 2025 at 4:45:09 PM MDT
**To:** Yvette Hargrove-Brown <dryrh2@gmail.com>
**Subject: Your payment to Uber Technologies, I... has been processed**

Hello, Yvette Hargrove-Brown



# Your payment was processed

You sent a payment of $31.23 USD on June 26, 2025 3:44:46 PM PDT to Uber Technologies, I... (paypal-us@uber.com).
This email may be one of many notifications you receive as your merchant fulfills your order.

**Payment Details**

| | |
|---|---|
| **Merchant:** | Uber Technologies, I... |
| **Date:** | June 26, 2025 3:44:46 PM PDT |
| **Transaction ID:** | 990376470E277344S |
| **Authorization Amount:** | $31.23 USD |
| **Payment Amount:** | $31.23 USD |
| **Payment By:** | dryrh2@gmail.com |

**Funding Sources Used (Total)**

| | |
|---|---|
| **PayPal balance:** | $31.23 USD |

# Elise Brennan's costs for food, lodging, flight and transportation to attend trial



Taos Health Systems d/b/a Holy Cross Hospital                July 08, 2025
Client/Matter No.: 20824.0001                               Invoice No.: 2322344



**Cost Detail**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 06/24/2025 | Elise Dunitz Brennan - Airfare to Testify as Expert Witness | 853.37 |
| 06/27/2025 | Elise Dunitz Brennan - Travel Costs to Testify as Expert Witness | 47.31 |
| 06/27/2025 | Elise Dunitz Brennan - Travel Costs to Testify as Expert Witness | 158.19 |
| 06/27/2025 | Elise Dunitz Brennan - Accommodations - Travel Costs to Testify as Expert Witness | 1,448.09 |
| **Total** | | **$2,506.96** |

| TAOS EXPERT WITNESS COSTS | | | | |
|---|---|---|---|---|
| Date | Time | Cost | Entity | Activity |
| 06.24.25 | 7:59 PM | $ 26.21 | Uber | Fare |
| 06.25.25 | 9:36 AM | $ 9.07 | Liquid Olympian | Breakfast |
| 06.25.25 | 1:21 PM | $ 12.54 | Uber | Fare |
| 06.25.25 | 1:30 PM | $ 22.29 | Little Anita's | Lunch |
| 06.25.25 | 3:15 PM | $ 16.26 | Uber | Fare |
| 06.25.25 | 7:20 PM | $ 15.95 | Kulatro | Dinner |
| 06.26.25 | 9:37 AM | $ 17.26 | Uber | Fare |
| 06.26.25 | 5:31 PM | $ 15.23 | UberX | Fare |
| 06.26.25 | 7:36 PM | $ 16.00 | UberX | Fare |
| 06.26.25 | 8:39 PM | $ 15.17 | Uber | Fare |
| 06.26.25 | | $ 902.93 | Chaco | Hotel 3 ngts |
| 06.27.25 | | $ 545.16 | Chaco | Hotel 1 ngts |
| 06.27.25 | 7:43 AM | $ 20.17 | Uber | Fare |
| 06.27.25 | 10:38 AM | $ 19.35 | Uber | Fare |
| | | $ 1,653.59 | | |

| TAOS EXPERT WITNESS COSTS | | | | |
|---|---|---|---|---|
| Date | Time | Cost | Entity | Activity |
| 06.24.25 | 7:59 PM | $ 26.21 | Uber | Fare |
| 06.25.25 | 1:21 PM | $ 12.54 | Uber | Fare |
| 06.25.25 | 3:15 PM | $ 16.26 | Uber | Fare |
| 06.26.25 | 9:37 AM | $ 17.26 | Uber | Fare |
| 06.26.25 | 5:31 PM | $ 15.23 | UberX | Fare |
| 06.26.25 | 7:36 PM | $ 16.00 | UberX | Fare |
| 06.26.25 | 8:39 PM | $ 15.17 | Uber | Fare |
| 06.27.25 | 7:43 AM | $ 20.17 | Uber | Fare |
| 06.27.25 | 10:38 AM | $ 19.35 | Uber | Fare |
| | | 158.19 | | |

| TAOS EXPERT WITNESS COSTS | | | | |
|---|---|---|---|---|
| Date | Time | Cost | Entity | Activity |
| 06.26.25 | | $ 902.93 | Chaco | Hotel 3 ngts |
| 06.27.25 | | $ 545.16 | Chaco | Hotel 1 ngts |
| | | 1448.09 | | |

| TAOS EXPERT WITNESS COSTS | | | | |
|---|---|---|---|---|
| Date | Time | Cost | Entity | Activity |
| 06.25.25 | 9:36 AM | $ 9.07 | Liquid Olyn | Breakfast |
| 06.25.25 | 1:30 PM | $ 22.29 | Little Anita' | Lunch |
| 06.25.25 | 7:20 PM | $ 15.95 | Kulatro | Dinner |
| | | 47.31 | | |

# Opal Keen's receipts for food, lodging and transportation to attend trial

**Booking.com**

Booking Confirmation

CONFIRMATION NUMBER: **4904.412.580**

PIN CODE: **0500**




## Saguaro at Cactus Flower-HOT TUB-Pet Friendly-No Pet Fees!

**Address:** 819 Marquez Lane Southwest, Albuquerque, NM 87102, United States
**Phone:** +1 505 620 2866
**GPS Coordinates:** N 035° 4.373, W 106° 39.492

| CHECK-IN | CHECK-OUT | UNITS | NIGHTS |
|---|---|---|---|
| **24** JUNE | **27** JUNE | **1** | **3** |
| Tuesday | Friday | | |
| 🕐 15:00 - 00:00 | 🕐 00:00 - 11:00 | | |

## PRICE

| | |
|---|---|
| 1 villa | $338.85 |
| 14.50 % TAX | $66.58 |
| US$ 100 Cleaning fee per stay | $100 |
| 6 % City tax | $20.33 |

## Price
(for 2 guests)

**$525.76**

## Additional Info
Note that additional supplements (e.g. an extra bed) aren't added in this total.
If you cancel, applicable taxes may still be charged by the property.
If you don't show up for this booking, and you don't cancel beforehand, the property is liable to charge you the full reservation amount.
Remember to read the **Important info** below – it could contain important details not mentioned here.

## Two-Bedroom Villa

**Guest name:** Opal Keen / for max. 4 people.
**Room Size:** 9688 ft²
**Meal plan:** There is no meal included in the rate for this villa.

Hot tub · Private bathroom · Air conditioning · Kitchen · Washing machine · Towels · Linens · Desk · Refrigerator · Tea/Coffee maker · Iron · Microwave · Heating · Flat-screen TV · Hairdryer · Dryer · Oven · Stovetop · Toilet paper

**Cancellation cost:**
until June 22, 2025 11:59 PM [MDT]: $0
from June 23, 2025 12:00 AM [MDT]: $405.43 – Changing the dates of your stay isn't possible.

ⓘ **Important Information**

This property does not accommodate bachelor(ette) or similar parties.
Guests under the age of 18 can only check in with a parent or official guardian.
Guests are required to show a photo ID and credit card upon check-in. Please note that all Special Requests are subject to availability and additional charges may apply.

📋 **Hotel Policies**

**Guest parking**
- Free private parking is possible on site (reservation is not needed).
- WiFi is available in all areas and is free of charge.

 **Special Requests**

"This guest has requested a receipt for their stay.
This guest's company name is Holy Cross Hospital."

**Need Help?**
**You can always view, change or cancel your booking online at:** your.booking.com

For any questions related to the property, you can contact Saguaro at Cactus Flower-HOT TUB-Pet Friendly-No Pet Fees! directly at: +1 505 620 2866

**Or contact us by phone - we're available 24 hours a day:**
Support in English: 1 (888) 850 3958
Support in Spanish: 1 (866) 938 1297
When abroad or from United States: +44 20 3320 2609

Travel with peace of mind
Looking for info about traveling safely? The safety resource center can help you prepare for your trip and enjoy a safe, relaxing stay.

**See safety resource center**

We've gathered the most important local phone numbers to help give you complete peace of mind during your stay in US.

**See local emergency services**

ⓘ This print version of your confirmation contains the most important information about your booking. It can be used to check in when you arrive at Saguaro at Cactus Flower-HOT TUB-Pet Friendly-No Pet Fees!. For further details, please refer to your confirmation email sent to 4anantayoga@gmail.com.

**20:01**

## Price details

| | |
|---|---|
| 1 King Suite - Non-Smoking | $154 |
| Other tax | $17.59 |
| **Total Price** | **$171.59** |

## Payment info

You've guaranteed your booking by credit card.

VISA •••• 5204

**Update card**    **Pay now**

## King Suite - Non-Smoking

**Guest name**
Opal Keen

**Breakfast**
Breakfast is included in the final price

↩ Reply    ↪ Forward    🙂

20:01 

   

## Reservation details

**Check-in**
Saturday, June 28, 2025 (from 3:00 PM)

**Check-out**
Sunday, June 29, 2025 (until 11:00 AM)

**Your reservation**
1 night, King Suite - Non-Smoking

**You booked for**
1 adult

**Location**
1260 South Highway 191, Moab, 84532, United States

**Phone**
+1 435-255-7474

**Contact**
Email property

 Reply         Forward        

Abajo Lodge
https://abajolodge.com/admin/h...

Abajo Lodge
197 E Center Street
Monticello, UT 84535

*Abajo Lodge*

ABAJO LODGE
197 E CENTER ST
MONTICELLO, UT 84535

**SALE**

Store: 5623
REF#: 00000009
Batch #: 550     RRN: 517402834633
06/22/25     20:16:19
Trans ID: 305174081791478
APPR CODE: 022801

| | |
|---|---|
| Booked: | 6/21/25 @ 10:23 AM |

Confirmations: Web: BC...
Channel:

| Guest: | Opal Keen | | okeen.197648@guest.booking.com • Ph: +1 575 779 7... |
|---|---|---|---|

Two Queen Beds - Pet Friendly (#: 122)     6/22/25 - 6/23/25 (1 Night)
2 Adults
Booking.com

1 Room: $83.69     Additional: $25.00     Tax: $10.31

Guest

This guest has requested a receipt for their stay I have one 40 pound dog.

| Totals | |
|---|---|
| Stay 1 Night | $83.69 |
| Room Tax | $10.31 |
| Extras (Tax Included) | $25.00 |
| **Grand Total:** | **$119.00** |

| Payments | | |
|---|---|---|
| | 6/22/25 | $119.00 |
| 5204 [VISA] | | $119.00 |
| Total Paid | | $0.00 |
| Balance Due | | |

**Hotel Policies**

Check In Time:     03:00 PM
Check Out Time:     11:00 AM

Reservation Policy

All reservations must have valid credit card.
** Guest found in the act of or evidence of smoking in the guestroom will incur a $250.00 cleaning fee for violating the non-smoking policy.
*Pet Policy. $25 per pet , Dogs only, max 2     * Age restrictions: Minimum age 18
**WI-FI information: abajo lodge  PW- funtimes123

» Room Policies: Two Queen Beds - Pet Friendly (6/22/25 - 6/23/25)
Cancellation Policy
Must cancel before 6/21/25 (1 days before checkin date)

Date

Sign

Bart's New York Deli
1220 Carbon Junction Rd.
Durango, CO 81301

Host: Andrew                          06/23/2025
Order#403                              1:11 PM

Veggie Burrito                            6.25

Subtotal                                  6.25
Tax                                       0.53

**Dine In Total**                         **6.78**

Visa #XXXXXXXXXXXX5204                     6.78
Auth:023992

Thank you!
Come Again!

— Check Closed —



**Durango Joes - Escalante**
1211 Escalante Drive
Durango, CO 81303

Check #329
Guest Count: 1
Ordered:                                          6/28/25 4:24 PM

1 Breve                                                    $0.00
  16oz Breve                                              $6.05
  Hot
  Regular

Subtotal                                                  $6.05
Tax                                                       $0.51
Tip                                                       $1.00
Total                                                     $7.56

Debit Card                                          Contactless
Mastercard                                       xxxxxxxxxxxx

Transaction Type                                          Sale
Authorization                                        Approved
Approval Code                                          072414
Payment ID                                     zmJpTHCdPyLm
Application ID                              A0000000041010
Application Label                      DEBIT MASTERCARD
Card Reader                                           BBPOS

Powered by Toast

**Download the Local by Toast app**

**toasttab.com**

20:10

◀ Messages



## BONJOUR BAKERY & CAFE

 

Let BONJOUR BAKERY & CAFE
know how your experience was

# $12.26

---

| LATTE | $6.00 |
|---|---|
| BRAVE ($1.00) | |
| 16OZ ($0.50) | |
| **PLAIN CROISSANT** | **$4.25** |

---

| Purchase Subtotal | $10.25 |
|---|---|
| SALES TAX (9.85%) | $1.01 |
| Tip | $1.00 |

---

| **Total** | **$12.26** |
|---|---|

---

squareup.com

20:10

◀ Messages

| Total | $12.26 |
|-------|--------|



**BONJOUR BAKERY & CAFE**

59 SOUTH MAIN ST, 2

MOAB, UT 84532

(435) 355-0809



| MasterCard 9800 (Contactless) | Jun 29 2025 at 11:23 AM |
|---|---|
| | #DJ6F |
| | Auth code: 022305 |

AID: A0000000042203

No CVM

**I'D COME BACK TO MOAB :)**

**Run your own business?**

Start using Square and process $1,000 in sales for free.

**Get Started with Square**

**squareup.com**

Slate At The Museum
2000 Mountain Rd NW
Albuquerque, NM 87104
(505) 243-2220

Opened: 06/26/2025 2:01 pm
Closed: 06/26/2025 2:02 pm      Check: 1
Order: 27961
Order Type: Dine In
Name: Table 13
Server: Cashier

2   Kale & Brussels Salad              14.00

Subtotal                              14.00
Sales Tax                              1.06

Total                                 15.06

 Visa 7604 (027338)                   15.06

**Balance Due                          0.00**

Customer copy

              Thank You!



## Sugar House Coffee

 

Let Sugar House Coffee know how
your experience was

# $13.21

| | |
|---|---|
| **Latte** | **$6.10** |
| 16 oz hot | |
| Breve (1/2 & 1/2) ($1.00) | |
| **Vegan mint brownie** | **$3.25** |

| | |
|---|---|
| Purchase Subtotal | $9.35 |
| Sales Tax (9.25%) | $0.86 |
| Tip | $3.00 |

 squareup.com

| Total | $13.21 |
|-------|--------|



Hollywood Ave

Google          Map data ©2025

**Sugar House Coffee**

2011 S 1100 E

Salt Lake City, UT 84106-2318

(801) 883-8867

Shop Online

    

| MasterCard 0348 (Contactless) | Jun 22 2025 at 3:21 PM |
|---|---|
|  | #98R3 |
|  | Auth code: 062129 |

AID: A0000000042203

No CVM

Return Policy: Exchange for retail ONLY within 7 days with a receipt. Gift cards are not redeemable for cash. Thank you!
For parties of 6 or more as well as catering orders will include a 20% gratuity.

**squareup.com**

# The Burque Bakehouse



Let The Burque Bakehouse know
how your experience was

## $28.03

---

**Coconut Coil × 2**                                   $12.00

($6.00 ea.)
Our croissant dough rolled up with
coconut pastry cream and finished with
coconut milk glaze and toasted coconut.

**Cold Brew**                                           $4.25

Made with Highwire Shadowplay blend

**Latte**                                               $5.00

**+ Alt Milk**                                          $1.00

Oatly oat beverage

---

Purchase Subtotal                                       $22.25
NM sales tax (7.625%)                                   $0.78
Tip                                                     $5.00

---

**Total**                                               **$28.03**

**squareup.com**



| | |
|---|---|
| Latte | **$5.00** |
| **+ Alt Milk** | **$1.00** |
| Oatly oat beverage | |

| | |
|---|---|
| Purchase Subtotal | **$22.25** |
| NM sales tax (7.625%) | **$0.78** |
| Tip | **$5.00** |
| **Total** | **$28.03** |



Map data ©2025

**The Burque Bakehouse**
640 Broadway Blvd SE
Albuquerque, NM 87102
[(505) 234-6294](tel:5052346294)

   

| | |
|---|---|
| Visa 5204 (Contactless) | Jun 26 2025 at 11:46 AM |
| VISA | #1E5g |
| | Auth code: 026948 |

AID: A0000000031010

Return Policy: No returns

**squareup.com**

140

# the grove
## cafe & market

600 Central Ave. SE Suite A
ALBUQUERQUE, NM 87102

Server: CASHIER C
Check #140                              34
Ordered:              6/25/25 11:08 AM

Blood Orange Ginger Mimosa       $9.50
Pomegranate Mimosa               $9.50
SALTED PISTACHIO CHOCOLA CHIP COOKIE
 (GF)                            $3.95
Fancy Breakfast Sandwich        $12.75
NM FERMENTS                      $6.00
 Blue Butterfly
Croque Madame                   $15.50
CRUFFIN                          $6.50
16oz Latte                       $8.00
Half & Half

Subtotal                        $71.70
Tax                              $5.57
Tip                             $18.00
Total                           $95.27

Input Type          C (EMV Chip Read)
VISA CREDIT               xxxxxxx5204
Time                       11:09 AM

Transaction Type              Sale
Authorization             Approved
Approval Code               025136
Payment ID           NK7jzNwnmXhh
Application ID       A0000000031010
Application Label        VISA CREDIT
Terminal ID       3950ae1081238249
Card Reader                   B8POS

        VISA CARDHOLDER

     We love serving you!
   Thank you for your business.