# EXHIBIT C

| | |
|---|---|
| From: | bryan@bryanjdavislaw.com |
| Sent: | Friday, April 25, 2025 2:23 PM |
| To: | Austin W. Jensen; Steven Gutierrez |
| Cc: | dan@akenheadlaw.com; Joseph C. Robertson |
| Subject: | RE: Madera v. Taos - Conferral |

**External Email**

Steve/Austin—

Dan and I spoke with Dr. Madera at length yesterday about making a best and final settlement offer. He wanted to go back up to $5,000,000, which I believe is where he started at the beginning of the case. The good news is that he authorized us to make a best and final offer of $3,999,999.99, which is where he began at the settlement conference. It's within the $4,000,000 policy limits, so at least there's that. I don't know that he will consider any counteroffers, but we won't know unless Defendants make one. Thank you.

Yours,

Bryan J. Davis, Esq.
Bryan J. Davis, Attorney at Law, LLC
124 Wellesley SE
Albuquerque, NM 87106
Tel: 505-697-9620
bryan@bryanjdavislaw.com

Email Communications with clients or with attorneys representing clients with a common interest are privileged communications under New Mexico law. Forwarding this email to a third person, depending on the person's status, may eliminate the privilege. If you have any questions regarding this issue, please call the person who sent you this email.
THE UNAUTHORIZED DISCLOSURE OR INTERCEPTION OF E-MAIL IS A FEDERAL CRIME. SEE 18 U.S.C. SEC. 2517 (4). THIS E-MAIL IS INTENDED ONLY FOR THE USE OF THOSE TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION WHICH IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER THE LAW. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, DO NOT DISTRIBUTE OR COPY IT. DELETE IT.

---

From: bryan@bryanjdavislaw.com <bryan@bryanjdavislaw.com>
Sent: Wednesday, April 16, 2025 2:34 PM
To: 'Austin W. Jensen' <AWJensen@hollandhart.com>
Cc: 'dan@akenheadlaw.com' <dan@akenheadlaw.com>; 'Steven Gutierrez' <SGutierrez@hollandhart.com>; 'Joseph C. Robertson' <JCRobertson@hollandhart.com>
Subject: RE: Madera v. Taos - Conferral

Austin—

After our call today about more settlement stuff, I looked back at my emails. I could not find that we made another offer at the mediation. But I did find some email chatter about how we talked Dr. Madera down a million dollars off his original settlement offer around the time of the motion to dismiss hearing, so I think that is what you were recalling. In any event, we will get with Dr. Madera and see if he will make a best and final offer per our discussion. As we discussed, it may not be until next week due to the emergency mediation that got set in one of my other physician cases up in Oregon on Monday.

Have a safe and happy Easter!

Yours,

Bryan J. Davis, Esq.
Bryan J. Davis, Attorney at Law, LLC
124 Wellesley SE
Albuquerque, NM 87106
Tel: 505-697-9620
bryan@bryanjdavislaw.com

*Email Communications with clients or with attorneys representing clients with a common interest are privileged communications under New Mexico law. Forwarding this email to a third person, depending on the person's status, may eliminate the privilege. If you have any questions regarding this issue, please call the person who sent you this email.*
**THE UNAUTHORIZED DISCLOSURE OR INTERCEPTION OF E-MAIL IS A FEDERAL CRIME. SEE 18 U.S.C. SEC. 2517 (4). THIS E-MAIL IS INTENDED ONLY FOR THE USE OF THOSE TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION WHICH IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER THE LAW. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, DO NOT DISTRIBUTE OR COPY IT. DELETE IT.**

**From:** Bryan Davis <bryan@bryanjdavislaw.com>
**Sent:** Monday, April 14, 2025 9:36 PM
**To:** Austin W. Jensen <AWJensen@hollandhart.com>
**Cc:** dan@akenheadlaw.com; Steven Gutierrez <SGutierrez@hollandhart.com>; Joseph C. Robertson <JCRobertson@hollandhart.com>
**Subject:** Re: Madera v. Taos - Conferral

I'll be on a flight to Atlanta tomorrow during that timeframe. But Wednesday should work.

Sent from my iPhone

> On Apr 14, 2025, at 7:43 PM, Austin W. Jensen <AWJensen@hollandhart.com> wrote:
>
> Yup. Have time tomorrow after 3 and Wednesday after noon. Anything within that work?
>
>> **From:** Bryan Davis <bryan@bryanjdavislaw.com>
>> **Sent:** Monday, April 14, 2025 7:03:13 PM
>> **To:** Austin W. Jensen <AWJensen@hollandhart.com>

2

**Cc:** dan@akenheadlaw.com <dan@akenheadlaw.com>; Steven Gutierrez <SGutierrez@hollandhart.com>; Joseph C. Robertson <JCRobertson@hollandhart.com>
**Subject:** Re: Madera v. Taos - Conferral

**External Email**

Right… We're going to call the judge together about it or what was the plan? Sorry my brain is mush from drafting that amazing response brief! 🤣

Sent from my iPhone

> On Apr 14, 2025, at 10:43 AM, Austin W. Jensen <AWJensen@hollandhart.com> wrote:
>
> Bryan and Dan:
>
> Following up on our conferral about requesting the Santa Fe courthouse?
>
> Austin
>
> <image001.png>  **Austin W. Jensen**
>
> He / Him / His    (What's this?)
>
> Associate
>
> **HOLLAND & HART LLP**
>
> 555 17th Street, Suite 3200, Denver, CO 80202
>
> awjensen@hollandhart.com | **T:** (303) 295-8012 | **M:** (303) 941-5590
>
> vCard  LinkedIn
>
> CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.