# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GEORGE J. MADERA, M.D.,

    Plaintiff,

v.                                            Case No. 1:22-CV-00285-MLG-SCY

TAOS HEALTH SYSTEMS, INC., D/B/A
HOLY CROSS HOSPITAL,

    Defendants.

**DECLARATION OF AUSTIN JENSEN**

Pursuant to 28 U.S.C. § 1746, I, Austin Jensen, declare and state as follows:

1. I am an attorney at Holland & Hart LLP.

2. I submit this declaration in support of Defendant Taos Health Systems, Inc., d/b/a Holy Cross Hospital's ("Defendant") Motion to Award and Tax Costs.

3. I am over the age of 18, I have personal knowledge of the matters stated herein, and if called upon, I could and would truthfully testify to the contents stated herein.

4. The costs listed in Defendant's Motion to Award and Tax Costs and corresponding Exhibit A are correct and necessarily incurred on this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2025.

                                                  /s/ *Austin W. Jensen*
                                                Austin Jensen